**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: 15-15061

☒ THIRD Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
  Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: Morales, Antonio                    CO-DEBTOR: Morales, Rose
Last Four Digits of SS#xxx-xx-1349          Last Four Digits of SS#xxx-xx-2867

☐   This document is a plan summary.  Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:**  Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date,
Debtor(s) to pay to the trustee for a period of 60 months: In the event the Trustee does not collect the full 10%, any portion not
collected will be paid to creditors pro-rata under the plan:

    A.    $789.48     for months 1 to 10 ;

    B.    $979.15 for months 11 to 60 ;

    C.    _____ for months ___ to ____ in order to pay the following creditors:

Administrative:        Attorney's Fee   $3179.00 TOTAL PAID $00.00
                   Balance Due    $3179.00 payable $317.90 (Months 1 to 10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. Wells Fargo                              Arrearage on Petition Date $15116.48
Address POB 13765                           Arrears Payment $300.33/month (Months 11 to 60  )
      Roanoke, VA 24037                     Regular Payment $389.81 /month (Months 1 to 60 )
Account # 3987                              Arrears Payment $10.00/month (Months 1 to 10)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors:  [as defined in 11 U.S.C. §507]
1. _____ Total Due $_____ Payable  $/month (Months to )

Unsecured Creditors: Pay $200 month (Months 11 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
**Other Provisions Not Included Above:** Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the
pendency of the Chapter 13 case. In the event Debtors' income or tax refunds increase, Debtors shall increase payments to unsecured creditors over
and above payments provided through the plan up to 100% of allowed unsecured claims.  The Debtors are current with mortgage payments to Wells
Fargo Home Mortgage (Claim #3) and HOA payments to Towngate at Pembroke Pines Master Association and will continue making payments
directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
/s/ Antonio Morales                                         /s/ Rose M. Morales
Debtor                                                      Joint Debtor
Date: Sept 15, 2015                                         Date: Sept 15, 2015